**WO**

**NOT FOR PUBLICATION**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| IN RE: Zicam Cold Remedy Marketing, Sales Practices, and Products Liability Litigation. | No. MDL 09-2096-PHX-FJM<br>**ORDER** |
| THIS DOCUMENT RELATES TO:<br>Marje Cochran,<br>CV 10-1581-PHX-JAT. | |

The Court has before it plaintiff Marje Cochran's motion to reassign (doc. 669) and the parties' "Stipulated Motion to Transfer Related Case to MDL No. 2096 In Re: Zicam Cold Remedy Marketing, Sales Practices, and Products Liability Litigation" (doc. 685).

Plaintiff alleges that she suffered anosmia after using Zicam Cold Remedy, and asserts claims for fraud, negligence, failure to warn, defective design, breaches of express and implied warranty, and violation of the Unfair and Deceptive Trade Practices Act. Plaintiff's case involves the same defendants and calls for determination of substantially the same questions of law as the other personal injury cases in the MDL. See LRCiv 42.1(a).

Therefore, **IT IS ORDERED GRANTING** plaintiff's motion to reassign case (doc. 669) and the parties' stipulated motion to transfer (doc. 685). **IT IS ORDERED** that CV 10-

1581-PHX-JAT shall be transferred to In Re: Zicam Cold Remedy Marketing, Sales Practices, and Products Liability Litigation, MDL 09-2096-PHX-FJM.

DATED this 13th day of August, 2010.

*Frederick J. Martone*
Frederick J. Martone
United States District Judge